# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOSEPH JAMES TAYLOR, | : No. 23 EAP 2014 |
| | : |
| Appellant | : Appeal from the Order dated 03/25/2014 |
| | : (entered on 03/26/2014) in the |
| | : Commonwealth Court at No. 236 MD 2012 |
| v. | : |
| | : |
| | : |
| PATRICK CURRAN, SERGEANT, | : |
| MICHAEL WENEROWICZ, WARDEN, | : |
| JOHN E. WETZEL, SECRETARY OF | : |
| CORRECTIONS, TOM CORBETT, | : |
| GOVERNOR, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 15th day of December, 2014, the Order of the Commonwealth Court is AFFIRMED.